```
MARTIN A. SCHAINBAUM (CSBN 37257)
BRYANT W.H. SMITH (CSBN 250035)
ANDREW D. ALLEN (CSBN 269502)
MARTIN A. SCHAINBAUM, PLC
351 California Street, Suite 800
San Francisco, CA 94104
Telephone:    (415) 777-1040
Fax:          (415) 981-1065
Email:        schainbm@taxwarrior.com
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL R. AND SUSAN C. CLARK, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, the DEPARTMENT OF TREASURY by its agency, the INTERNAL REVENUE SERVICE, <br><br> Defendant. | Case No.: CV 11-0471 RS <br><br> **STIPULATION AND (PROPOSED) ORDER TO EXTEND BRIEFING DEADLINES** <br><br> Honorable Richard Seeborg <br> United States District Judge |

Plaintiffs, MICHAEL R. AND SUSAN C. CLARK together with Defendant, the UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY by its agency, the INTERNAL REVENUE SERVICE, by and through its representative, Cynthia Stier, Assistant United States Attorney, file this stipulation and proposed order to extend the briefing schedule deadlines with respect

to the United States' Motion for Summary Judgment, docket no. 30, by ten (10) days. As of the date of filing of this proposed order and stipulation, Plaintiffs counsel is currently in trial on a separate matter in the United States Tax Court. Plaintiffs counsel request additional time to adequately prepare and file briefs in this case. Accordingly, Plaintiffs' Opposition brief will be due Thursday, July 5, 2012. The United States' Reply brief will be due July 12, 2012. For this reason, the above-mentioned parties hereby stipulate that there is good cause to extend the briefing schedule by ten (10) days.

DATED this 22nd day of June, 2012.

    MELINDA HAAG
    United States Attorney

    By  /s/ Cynthia Stier
       CYNTHIA STIER, Esq.
       Assistant United States Attorney
       Tax Division
       Attorney for Defendant

DATED this 22nd day of June, 2012.

    MARTIN A. SCHAINBAUM
    A Professional Law Corporation


    By  /s/ Andrew D. Allen
       ANDREW D. ALLEN, Esq.
       Attorney for Plaintiff

**[PROPOSED] ORDER**

Based on the above agreement and stipulation of the parties and for good cause shown, it is hereby

ORDERED this  22nd day of June, 2012, at San Francisco, California, that the briefing schedule deadlines with respect to the United States' Motion for Summary Judgment, docket no. 30, are extended by ten (10) days. Plaintiffs' Opposition brief is due July 5, 2012. The United States' Reply brief is due July 12, 2012.  The hearing on the motion is continued to JULY 26, 2012 at 1:30 p.m

DATED:  6/22/12

_____
Honorable RICHARD SEEBORG
United States District Judge